# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1909

_____

Henryk Szwedo; Grace Szwedo,      \*
                                 \*

          Appellants,         \*

                                 \*   Appeal from the United States

     v.                        \*   District court for the Eastern

                                 \*   District of Arkansas.

HCA Health Services of Midwest,    \*

Inc., d/b/a Columbia Doctors Hospital;  \*       **[UNPUBLISHED]**

Delorise Kocher; Carolyn Drew;      \*

Michael D. Huckabay, Sr.; Tim Boone;  \*

D. B. Allen, M.D., originally sued as   \*

M.D. D.B. Allan; Otis Edge, M.D.,    \*

                                 \*

          Appellees.           \*

_____

Submitted:  November 1, 2002
Filed:  November 5, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Henryk and Grace Szwedo appeal the district court's[1] adverse grant of summary judgment in their action invoking the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et. seq. (RICO).  After careful de novo review

_____

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Eastern District of Arkansas.

of the record, we conclude that summary judgment was proper for the reasons stated by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny all pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.